**1692 DETROIT & HOWELL RAILROAD COMPANY vs. TOWNSHIP BOARD (Salem), 20 M., 452.**

To compel respondent to execute and issue bonds to aid in the construction of the railroad proposed to be constructed through the township of Salem, under Act No. 49, Laws of 1864.

Denied May 26, 1870.

**1693 IRONWOOD WATER WORKS ET AL. vs. MAYOR, CLERK AND CONTROLLER (Ironwood), No. 13981.**

**1694 GEARY ET AL. vs. MAYOR, CLERK AND CONTROLLER (Ironwood), No. 13982, 99 M., 454. (Certiorari to Gogebic.)**

To compel the issue of certain bonds in payment for water works, where the amount of the bonds, together with the mortgage debt resting upon the water works, subject to which the city is to purchase the works, exceeds the charter limit of indebtedness.

The circuit judge granted the writ.

Reversed March 27, 1894, with costs of both courts.